# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 10, 2016

## NO. 03-15-00349-CV

**Shamrock Psychiatric Clinic, P.A., Appellant**

**v.**

**Texas Health and Human Services Commission; Charles Smith, Executive Commissioner of the Texas Health and Human Services Commission; and Stuart W. Bowen Jr., Inspector General for the Texas Health and Human Services Commission Office of Inspector General, Appellees**

### APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
### AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the interlocutory order signed by the trial court on May 6, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's interlocutory order. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.